# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LISA NEWMAN,** *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 17-2517 |
| **v.** | : | |
| | : | |
| **THE CITY OF PHILADELPHIA,** *et al.* | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 23rd day of December 2020, upon consideration of the *motion for summary judgment* filed by Defendant Shannon Coolbaugh ("Defendant"), [ECF 39], Plaintiffs' opposition thereto, [ECF 44], Defendant's reply, [ECF 48], and Plaintiffs' sur-reply, [ECF 53], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion for summary judgment is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*